# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0805

_____

JENNIFER M. JANIVER,

Petitioner,

v.

FLORIDA COMMISSION ON
HUMAN RELATIONS,

Respondent.

_____


Petition for Writ of Mandamus—Original Jurisdiction.


August 13, 2025


PER CURIAM.

DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jennifer M. Janvier, pro se, Petitioner.

Juan R. Collins, Chief Legal Counsel, Florida Commission on Human Relations, Tallahassee, for Respondent.